G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x252
Fax: 866-802-0021
tmartin@consumerlawcenter.com
Attorneys for Plaintiff,
W. SCOTTT HEPBURN

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| W. SCOTT HEPBURN, | Case No.: C09 05096 EMC |
| Plaintiff, | **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | Date: March 3, 2010 |
| ASSET ACCEPTANCE, LLC, | Time: 10:30 a.m. |
| Defendant. | Ctrm.: C, 15th Floor |

On March 3, 2010, at 10:30 a.m., in the courtroom C of the Honorable Edward M. Chen, located at 450 Golden Gate Avenue, 15th Floor, Courtroom B, San Francisco, California 94012-3483, Plaintiff, W. SCOTT HEPBURN (Plaintiff), pursuant to Fed. R. Civ. P. 41(a)(2), will move for an order dismissing Plaintiff's Complaint without prejudice.

This Motion will be based on this Notice of Motion, this Memorandum of Points and Authorities, and the [Proposed] Order.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### LEGAL STANDARD

*Fed.R.Civ.P.* 41(a)(2) allows a plaintiff, with the approval of the court, to dismiss an action at any time "upon such terms and conditions as the court deems proper...." *Fed.R.Civ.P.* 41(a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

sound discretion. See *Stevedoring Servs. of Am. v. Armilla Int'l*, 889 F.2d 919, 921 (9th Cir.1989).

A motion for voluntary dismissal **should** be granted unless the defendant shows it will suffer some plain legal prejudice as a result. See *Waller v. Financial Corp. of Am.*, 828 F.2d 579, 583 (9th Cir.1987); *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir.1982).(emphasis supplied).

Here, defendant will suffer no legal prejudice if Plaintiff's motion is granted, and the Court should accordingly grant Plaintiff's Motion.

## II.

## **CONCLUSION**

WHEREFORE, Plaintiff, W. SCOTT HEPBURN, respectfully requests that this Court grant Plaintiff's motion and dismiss this case without prejudice.

RESPECTFULLY SUBMITTED,

DATED:  January 26, 2010               KROHN & MOSS, LTD.


By:   /s/ G. Thomas Martin, III

G. Thomas Martin, III
Attorney for Plaintiff