# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| W. SCOTT HEPBURN | ) | Case No.: C09 05096 CRB |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER TO DISMISS WITHOUT PREJUDICE |
| ASSET ACCEPTANCE, | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the Plaintiff's Motion, the Court hereby orders, as follows:

1. The present matter is to be dismissed without prejudice.
2. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:   January 29, 2010

_____
The Honorable
United States



- 1 -

[PROPOSED] ORDER TO DISMISS