1  G. Thomas Martin, III (SBN 218456)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400
   Fax: 866-802-0021
4  tmartin@consumerlawcenter.com

5  Attorneys for Plaintiff, W. SCOTT HEPBURN

6

7

8                  **UNITED STATES DISTRICT COURT**

9
   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
10

11
   W. SCOTT HEPBURN,            )   **Case No.: CV 09-5096 CRB**
12                              )
           Plaintiff,           )
13                              )   **STIPULATION OF DISMISSAL**
      v.                        )   **WITH PREJUDICE**
14                              )
   ASSET ACCEPTANCE, LLC,       )
15                              )   **(Unlawful Debt Collection Practices)**
           Defendant.           )
16                              )

17

18         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, W. SCOTT HEPBURN and

19  Defendant, ASSET ACCEPTANCE, LLC, stipulate, and the Court hereby orders,

20  as follows:

21
           1.    The claims asserted by Plaintiff, W. SCOTT HEPBURN, against
22
   Defendant, ASSET ACCPETANCE, LLC, in the above-captioned proceeding are
23
24  hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party

25  is to bear its own fees and costs.

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1

2

3

Dated:        2/03/10          KROHN & MOSS, LTD.

4

5

/s/ G. Thomas Martin, III

6

G. Thomas Martin, III, Esq.
Attorney for Plaintiff,

7

W. SCOTT HEPBURN

8

9

Dated:        2/03/10          SIMMONDS & NARITA, LLP

10

11

/s/ Tomio B. Narita

Tomio B. Narita, Esq.

12

Attorney for Defendant,
ASSET ACCEPTANCE, INC.

13

14

15

THE FOREGOING STIPULATION

16

IS APPROVED AND IS SO ORDERED.

17

Dated:

18

19

_____

The Honorable Judge

20

Charles R. Breyer
United States District Judge

21

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE