G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, W. SCOTT HEPBURN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| W. SCOTT HEPBURN, ) | Case No.: CV 09-5096 CRB |
| ) Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| v. ) | **WITH PREJUDICE** |
| ) | |
| ASSET ACCEPTANCE, LLC, ) | |
| ) | **(Unlawful Debt Collection Practices)** |
| Defendant. ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, W. SCOTT HEPBURN and Defendant, ASSET ACCEPTANCE, LLC, stipulate, and the Court hereby orders, as follows:

1.   The claims asserted by Plaintiff, W. SCOTT HEPBURN, against Defendant, ASSET ACCPETANCE, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party is to bear its own fees and costs.

Dated: 2/03/10  KROHN & MOSS, LTD.


/s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
Attorney for Plaintiff,
W. SCOTT HEPBURN


Dated: 2/03/10  SIMMONDS & NARITA, LLP


/s/ Tomio B. Narita
Tomio B. Narita, Esq.
Attorney for Defendant,
ASSET ACCEPTANCE, INC.


THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: February 5, 2010

_____
The Honorable Judge
Charles R. Breyer
United States District



- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE